# Bunn v. The State.

APPEAL from County Court of Macon.

Tried before the Hon. H. H. HURT.

E. P. MORRISSETT, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was tried and convicted for trespass after warning. The judgment of conviction is affirmed on the authority of *Burks v. State*, 117 Ala. 148.
Opinion PER CURIAM.